# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYLER NICHOLS,**  *Plaintiff,*  v.  **ERIC RUCH, JR., et al.**  *Defendants.* | No. 2:19-cv-00617-JDW |

## ORDER

**AND NOW**, this 26th day of February, 2021, upon consideration of Defendant's Motion For Reconsideration (ECF No. 52), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge